UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
AUG 17 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TYRON EDWARDS, )<br>)<br>Defendant. ) | No.<br><br>4:22-CR-00455-RWS/JMB |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about March 8, 2022, in St. Louis County, within the Eastern District of Missouri,

**TYRON EDWARDS**,

the Defendant, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code Sections 841(a)(1).

## COUNT TWO

The Grand Jury further charges that:

On or about March 8, 2022, in St. Louis County, within the Eastern District of Missouri,

**TYRON EDWARDS**,

the Defendant, did knowingly possess one or more firearms in furtherance of the drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, a Schedule II controlled substance, as charged in Count I.

In violation of Title 18, United States Code, Sections 924(c).

## COUNT THREE

The Grand Jury further charges that:

On or about March 24, 2022, in St. Louis County, within the Eastern District of Missouri,

**TYRON EDWARDS**,

the Defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code Sections 841(a)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NINO PRZULJ, #68334MO
Special Assistant United States Attorney